UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK ANCONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV626 RWS |
| ) | |
| MARK TEMPLETON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the parties' consent motion to continue the preliminary injunction hearing [#9] is **GRANTED**. The hearing is reset to be held on **Tuesday, May 11, 2010 at 10:00 a.m.** in Courtroom 10 South.

**IT IS FURTHER ORDERED that** Plaintiff shall submit proposed findings of fact and conclusions of law and a proposed preliminary injunction order no later than **May 4, 2010**. Defendant shall file a response to Plaintiff's submissions no later than **May 6, 2010**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2010.