JS

COURTROOM MINUTE SHEET -- (CIVIL) -- CRIMINAL

Case No. 4:10 CV 626 RWS          Date: 3/17/11

Ancona

vs.

Templeton, et al.

Judge Sippel

Court Reporter: Shannon White

Attorney( ) for Plaintiff( ): Grant Doty
Anthony Rothert

Attorney( ) for Defendant( ): Christopher Quinn
Dana Tucker

(✓) Parties present for: hearing on defendants' motion for extension of time to file dispositive motions.

( ) Arguments heard. Order to issue. Status conf. set for April 14, 2011 @ 11:30 AM

Deputy Clerk: L. Kresko

Proceeding Commenced: 9:07 (a.m.)/p.m.
Proceeding Concluded: 9:20 (a.m.)/p.m.